IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00842-MEH-BNB

JANICE W. McGREW LIVING REVOCABLE TRUST,
JON PHILLIPPI, TRUSTEE,

    Plaintiff,

v.

ANADARKO LAND CORPORATION,
f/k/a RME Land Corporation,
f/k/a Union Pacific Land Resources Corporation, and
ANADARKO PETROLEUM CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2006.**

    For good cause shown, Defendants' Uncontested Motion for Leave to File Amended Notice of Removal on July 31, 2006 [Filed July 31, 2006; Docket #32] is **granted.** The Amended Notice of Removal to United States District Court for the District of Colorado (Docket #33) is hereby accepted and deemed the operative removal pleading in this matter.