IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00842-MEH-BNB

JANICE W. McGREW LIVING REVOCABLE TRUST,
JON PHILLIPPI, TRUSTEE,

    Plaintiff,

v.

ANADARKO LAND CORPORATION,
f/k/a RME Land Corporation,
f/k/a Union Pacific Land Resources Corporation, and
ANADARKO PETROLEUM CORPORATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2006.**

    In the interest of justice, and there being no opposition demonstrated from the Defendants, Plaintiffs' Motion to Amend Complaint [Filed August 15, 2006; Docket #36] is **granted.**

    On or before September 22, 2006, the Plaintiffs shall file their Second Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiffs' Second Amended Complaint shall be in the same format and substance of that which was tendered with Plaintiffs' Motion to Amend Complaint on August 15, 2006.