IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00842-MEH-BNB

JANICE W. McGREW LIVING REVOCABLE TRUST, et al.,

Plaintiffs,

v.

ANADARKO LAND CORPORATION f/k/a RME LAND CORPORATION f/k/a UNION PACIFIC LAND RESOURCES CORPORATION; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, LP f/k/a CHAMPLIN PETROLEUM COMPANY; K.P. KAUFFMAN COMPANY, INC.; BP AMERICA PRODUCTION COMPANY f/k/a AMOCO PRODUCTION COMPANY; RENEGADE OIL&GAS COMPANY, LLC; AND WEBB RESOURCES, INC.

Defendants

## ORDER

THE COURT having reviewed the Stipulated Motion for Dismissal with Prejudice by the Plaintiff and Defendant, K.P. Kauffman Company, Inc. and being fully advised of the premises, hereby GRANTS said motion.

All damage claims against K.P. Kauffman Company, Inc. are hereby dismissed with prejudice.

2.	With respect to the quiet title element of the Plaintiff's claims, K.P. Kauffman Company, Inc. does not contest entry of judgment in favor of the Plaintiff for quiet title on behalf of itself only. If the Court finds it necessary to enter a decree of quiet title, the Court notes K.P. Kauffman Company, Inc.'s confession thereof and so orders.

3.   Each party shall pay their attorney's fees and costs.

DATED this __7th__ day of _____June_____, 2007.

BY THE COURT:

_____
U.S. District Court Magistrate Judge